IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Shawn C. Simon,                                                      Case No: 2:23-cv-461

        Petitioner,                                                   Judge Graham

v.                                                                              Magistrate Judge Deavers

Warden, Belmont Correctional Institution,
        Respondent.

<u>Order Adopting Report and Recommendation</u>

On February 23, 2024, this matter brought under 28 U.S.C. § 2254 was administratively stayed and terminated pending the petitioner's exhaustion of his state-court remedies. Petitioner later moved to reinstate the case after he believed he had exhausted those remedies. He also moved for leave to amend his habeas petition and moved to supplement the record.

This matter is now before the Court on the Magistrate Judge's January 22, 2025 Report and Recommendation. The Magistrate Judge recommended that the motion for reinstatement of the petition be granted. No party has objected to this recommendation, and it is therefore adopted. The Magistrate Judge further recommended that the motions to amend the petition and to supplement the record be denied. Petitioner has objected to the recommended denial of those two motions.

Petitioner presented thirteen grounds for relief in his original petition. The Magistrate Judge's February 23, 2024 Report and Recommendation identified three grounds (Grounds Eleven through Thirteen) which were not exhausted because they were raised in a delayed post-conviction proceeding. In his motion for leave to amend the petition (filed simultaneously with his motion to reinstate), petitioner stated that he wished to "add those exhausted claims" and that the amended petition would contain the same arguments as were in the original petition. Doc. 16, p. 2. The Magistrate Judge recommended that the motion for leave to amend be denied as moot because the exhausted claims were already presented in the original petition as Grounds Eleven through Thirteen. That is, there was nothing new to add other than the Court taking notice that petitioner believed he had now exhausted Grounds Eleven through Thirteen.

In his objection, petitioner contends that he in fact has new claims to assert. He lists an additional six grounds that he states were recently exhausted. Because the motion for leave to

1

amend did not identify or disclose the new claims, the Court will deny the motion, but does so without prejudice to petitioner filing a renewed motion for leave to amend which properly states each and every claim petitioner wishes to raise.

Turning now to the motion to supplement the record, petitioner argued that record should be supplemented with police dash cam video pertaining to the offenses of conviction. The Magistrate Judge, noting that respondent's position was that petitioner's claims were largely procedurally defaulted, recommended that the motion to supplement be denied without prejudice to renewal pending further developments. Petitioner objects to this recommendation, arguing that the video is relevant to his claims, including the new ones he wishes to add. The Court agrees with the Magistrate Judge that the motion to supplement should be denied without prejudice, but petitioner may renew the motion following the resolution of any renewed motion for leave to amend the petition or after petitioner has had the opportunity to file a reply to respondent's answer/return of writ.

Accordingly, the Court hereby ADOPTS the January 22, 2025 Report and Recommendation (Doc. 19), with slight modification and orders as follows:

1. Petitioner's unopposed motion for reinstatement of this action (Doc. 17) is GRANTED, and the Court's February 23, 2024 Order administratively staying the action and terminating the case on the Court's active docket (Doc. 15) is VACATED.

2. Petitioner's motion for leave to amend (Doc. 16) is DENIED without prejudice.

3. Petitioner's motion for an Order directing respondent to supplement the record with police dash cam video (Doc. 18) is DENIED without prejudice.

4. Within twenty-one (21) days from the date of this Order, petitioner may either renew his motion for leave to amend the habeas petition, or he may file and serve a reply to the answer/return of writ (Doc. 8).

Date: June 13, 2025                         *s/ James L. Graham*
                                            JAMES L. GRAHAM
                                            United States District Judge